*Ex parte* CALVIN GOODELL.

*Exparte*
CALVIN GOOD-
ELL.

*TALCOT* moved for a peremptory *mandamus* to be directed to the clerk of *Madison* county, commanding him to record a deed from *John Fiske* to *Calvin Goodell*. He read an affidavit stating that the deed, which was for certain lands in *Madison* county, had been duly acknowledged, and the grantor identified by the oath of a witness before a master in chancery, who endorsed the following certificate on the deed: " State of *New-York, Onondaga* county, *ss.* On the 11th day of *April*, 1817, came before me, *John Fiske*, the grantor within named, (identified to my satisfaction, by the oath of *Michael Underwood*, to me known,) and acknowledged that he had signed, sealed, and delivered the within deed for the uses and purposes within mentioned. I allow the same to be recorded. *Sanders Van Rensselaer*, master in chancery." That the deed, with the certificate of the master in chancery thereon, had been presented to the clerk of *Madison* county to be recorded; but that he refused to record the same.

To show that a *mandamus* was the proper remedy in this case, *Talcot* cited *Davison* v. *Thurston and others*, (2 *Hen. & Mun. Reports*, 132.) and that the acknowledgment was sufficient, he cited *Jackson ex dem., Reilly and others*, v. *Livingston*, (6 *Johns. Rep.* 154, 155. 157, 158.)

He said that the *mandamus* ought to be peremptory, in the first instance, because, on an alternative *mandamus*, the clerk could return no excuse for not recording it; and if the grantee waited the result of an alternative *mandamus*, his rights, in this deed, might be endangered, or entirely lost, by a subsequent deed being put on record in the mean time.

*Per Curiam.* The acknowledgement of the deed, and the certificate of the master, were sufficient. Take your rule.

Rule granted.

A peremptory *mandamus*, in the first instance, lies to a clerk of a county who refuses to record a deed presented to him for that purpose, and which has been duly acknowledged by the grantor, and the proper certificate of a master in chancery of such acknowledgment, and proof of the identity of the grantor endorsed thereon.